IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | 8:06V23 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| CHRISTINA KYRIAKOS PATRINOS and STRATEGIC MARKETING, INNOVATIONS & SOLUTIONS, INC., | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the court's previous memorandum and order (filing 16), and in the absence of a good cause showing by Plaintiff,

IT IS ORDERED that:

1. Strategic Marketing Innovations & Solutions, Inc., is dismissed without prejudice as a party defendant to this action.

2. There being no just reason for delay, a final judgment shall be entered pursuant to Federal Rule of Civil Procedure 54(b).

September 26, 2006.	BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge