IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
ELAINE CHAO,                          )
SECRETARY OF LABOR,                   )
UNITED STATES DEPARTMENT OF           )
LABOR,                                )         8:06CV23
                                      )
              Plaintiff,              )
                                      )
        v.                            )         MEMORANDUM AND ORDER
                                      )
CHRISTINA KYRIAKOS PATRINOS,          )
                                      )
              Defendant.              )
```

As pointed out in the court's memorandum and order of September 26, 2006, filing 17, this case has a tortured past. Hopefully it is now clarified. Defendant has filed a motion seeking additional time in which to complete and file the report of parties' planning meeting, as required by Fed. R. Civ. P. 26(f), and also for instructions and explanations of its requirements. It is apparent that the defendant, who is proceeding *pro se*, needs some assistance. She reports that she has sought counsel through the Nebraska State Bar Association's Volunteer Lawyer Project and was told she was eligible, but no attorney was found to take her case. I have therefore contacted the Milton R. Abrahams Legal Clinic associated with the Creighton University Law School. Its director, Catherine M. Mahern, has agreed to consider representing the defendant. Therefore, defendant should contact Ms. Mahern (2120 Cass Street, Omaha, Nebraska 68178; Phone 402-280-3068) and discuss whether such representation would be suitable. Meanwhile, I shall grant defendant's motion for an extension of time.

IT THEREFORE HEREBY IS ORDERED,

1. Defendant's motion for extension of time, filing 19, is granted, and the parties are given until December 15, 2006 to file their report of parties' planning meeting.

2. Defendant is requested to contact the Milton R. Abrahams Legal Clinic associated with the Creighton University Law School for assistance in representing her in this case.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge