IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV23 |
| v. | ) ) | |
| CHRISTINA KYRIAKOS PATRINOS, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) ) | |

The court has conferred with counsel at the Abrahams Legal Clinic at the Creighton University School of Law, who have agreed to represent Ms. Kyriakos Patrinos in this case. The court is grateful to counsel for taking this appointment. Additional time will be necessary for counsel to meet and confer in order to plan the progression of the case.

IT THEREFORE HEREBY IS ORDERED:

1.   Catherine Mahern, Esq. and Steve Virgil, Esq. are appointed to represent the defendant Christina Kyriakos Patrinos in this case.

2.   Counsel are given until January 16, 2007 to meet and confer and file their report of parties' planning meeting.

DATED this 4th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge