```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES DEPARTMENT OF    )
LABOR, Elaine Chao, Secretary  )
of Labor,                      )
                               )
           Plaintiff,          )        8:06CV23
                               )
      v.                       )
                               )
CHRISTINA KYRIAKOS PATRINOS,   )           ORDER
                               )
           Defendant.          )
                               )
```

IT IS ORDERED:

Defendant's unopposed oral motion to continue the Rule 16 telephone planning conference is continued from March 14 to March 21, 2007 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

DATED this 2nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge