IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF LABOR, Elaine Chao, Secretary of Labor, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV23 |
| v. | ) ) | |
| CHRISTINA KYRIAKOS PATRINOS, | ) ) | ORDER |
| Defendant. | ) ) | |

Seeking payment from the Federal Practice Fund, pending before me is an

Application for Authorization to Incur Expenses (Filing No. 40).  Accordingly,

IT IS ORDERED that the Application for Authorization to Incur Expenses is

granted as follows:

1.  Expenditure from the Federal Practice Fund for five depositions in this case,

each deposition not to exceed $500, for a total authorization of no more than $2,500.

2.   A copy of this memorandum and order shall be provided to Pat Williamson of

the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal

Practice Fund.

3.   Plaintiff's counsel must submit itemized bills for each deposition to Pat

Williamson of the Clerk's Office.

DATED this 10th day of May, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief Judge