IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF LABOR, Elaine Chao, Secretary of Labor, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTINA KYRIAKOS PATRINOS, )<br>)<br>Defendant. )<br>) | 8:06CV23<br><br>ORDER |

Seeking payment from the Federal Practice Fund, pending before me is a Request for Reimbursement of Expenses (Filing No. 45). On March 28, 2007, and May 10, 2007 (Filing Nos. 36 and 41), plaintiff's applications to incur expenses (Filing Nos. 34 and 40) were granted. Accordingly,

IT IS ORDERED that the Request for Reimbursement of Expenses from the Federal Practice Fund (Filing No. 45) in the amount of $2,382.53 is granted.

A copy of this memorandum and order shall be provided to Pat Williamson of the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

DATED this 9th day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge