IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | 8:06V23 |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) ) | **AND ORDER** |
| CHRISTINA KYRIAKOS PATRINOS, | ) ) | |
| Defendant. | ) | |

Upon the suggestion of bankruptcy filed by the defendant, Christina Kyriakos Patrinos (filing 47),

IT IS ORDERED that:

1) This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2) This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3) The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

July 31, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge